# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | | |
|---|---|---|
| **Jeffrey Lewis** | ) | Case No. 2:08-cv-03409-SJO-FMO |
| | ) | |
| Plaintiff, | ) | **ORDER TO DISMISS** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Diversified Adjustment Services, Inc.** | ) | Honorable S. JAMES OTERO |
| | ) | |
| Defendant. | ) | |
| | ) | |

　　IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.  Make JS-6.

Dated this 14th day of August, 2008.

　　8/28/08　　　　　　　　　　　　　　/S/  S. James Otero

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　　　　　　　　　　　　　The Honorable S. James Otero